```
              UNITED STATES DISTRICT COURT
                   DISTRICT OF ARIZONA
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    V.<br><br>Rafael ALMANZA-Guillen<br>YOB: 1981<br>Citizen of Mexico<br><br>    Defendant. | Date of Arrest: August 1, 2021<br><br>Magistrate Case No. 21-1336 MJ<br><br>COMPLAINT FOR VIOLATION OF<br>    <u>COUNT ONE</u><br>Title 8 United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i): Bringing in Aliens For Private Financial Gain or Commercial Advantage (Felony)<br><br>    <u>COUNT TWO</u><br>Title 8 United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(iv) Bringing in Certain Alien and Resulting in the Death of Any Person (Felony) |

I, Special Agent Raymond Haar, the undersigned Complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**COUNT ONE**

On or about August 1, 2021, near Yuma, Arizona, within the District of Arizona, the defendant, Rafael ALMANZA-Guillen, knowing that Lucero Onofre-Andres and Juan Contreras-Ventura, were undocumented aliens, brought them to the United States in a manner and place other than at a designated port of entry, or place other than as designated by the Commissioner, regardless of whether Lucero Onofre-Andres and Juan Contreras-Ventura, had received prior official authorization to come to, enter, or reside in the United States and regardless of any future official action which may have been taken with respect to Lucero Onofre-

Andres and Juan Contreras-Ventura, for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(i), a felony.

### COUNT TWO

On or about August 1, 2021, near Yuma, Arizona, within the District of Arizona, the defendant, Rafael ALMANZA-Guillen, knowing L.F.R., was an undocumented alien, brought L.F.R. to the United States in a manner and place other than at a designated port of entry, or place other than as designated by the Commissioner, regardless of whether L.F.R. had received prior official authorization to come to, enter, or reside in the United States and regardless of any future official action which may have been taken with respect to L.F.R., resulting in the death of L.F.R., in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(B)(iv), a felony.

Reviewed by: AUSA Lisa Jennis *Lej*

RAYMOND A HAAR III
Digitally signed by RAYMOND A HAAR III
Date: 2021.08.02 16:39:37 -07'00'

Raymond Haar
Homeland Security Investigations
Special Agent

Telephonically sworn to before me this ___3rd___ day of August, 2021.

James F. Metcalf
United States Magistrate Judge

2

## STATEMENT OF PROBABLE CAUSE

On the early morning of August 1, 2021, Yuma United States Border Patrol (USBP) Agents received a telephone call from Lucero Onofre-Andres, stating she was with an individual, later identified as L.F.R. and two other separated individuals, later identified as Juan Contreras-Ventura and Rafael ALMANZA-Guillen, who were lost without food or water.

At approximately 0315 hours, USBP Agents were dispatched to assist in locating the lost individuals. At approximately 0420 hours, Agents encountered the female caller, Onofre-Andres. At approximately 0745 hours, Agents encountered Contreras-Ventura, and provided him medical aid. At approximately 0920 hours, additional resources were deployed, and USBP Agents encountered a deceased male in the desert later identified as L.F.R. At approximately 0930 hours, ALMANZA-Guillen was encountered and apprehended.

Agents transported Contreras-Ventura and Onofre-Andres to Yuma Border Patrol Station for further processing and investigation, while ALMANZA-Guillen was transported to the Yuma Regional Medical Center (YRMC) for observation and treatment for hot weather injuries. The deceased male identified as L.F.R., appeared to have died from exposure to the weather.

HSI Agents responded to YRMC to interview ALMANZA-Guillen. ALMANZA-Guillen was read his *Miranda* rights, as witnessed

by a Border Patrol Agent and Homeland Security (HSI) Special Agents. ALMANZA-Guillen waived his rights, as documented on ICE Form 73-025 statement of *Miranda* rights and waiver form and signed by HSI SA R. Haar and SA B. Sumner, translated by USBP Agent Lopez because ALMANZA-Guillen is a Spanish speaker. ALMANZA-Guillen agreed to be interviewed by agents and told them the following:

ALMANZA-Guillen, a citizen of Mexico, claimed that he was originally with a group of eight individuals who were attempting to make entry into the U.S. from Mexico. ALMANZA-Guillen stated he burnt a bush to get the attention of Border Patrol Agents because they were out of food and water. ALMANZA-Guillen claimed that "El Tavo" is the name of the suspected smuggler and ALMANZA-Guillen was paying him $8,000 to cross into the United States. ALMANZA-Guillen was asked if he was the "coyote" or "pollero" (slang terms for smuggling guide) and he advised he was not. ALMANZA-Guillen was asked if he knew who the guide was and he said he did not know, but because he ended up staying with another an ill member of the group who he knew as Juan, he was separated from the group. ALMANZA-Guillen was asked how the group navigated the desert and he stated the guide said to follow him. ALMANZA-Guillen stated that after he was separated from the guide, he navigated off the city lights. He also said that the group was going to be picked up somewhere in Yuma. ALMANZA-Guillen was asked if he had a cellphone and he stated he did not. ALMANZA-Guillen was

eventually cleared from the hospital and transported to the USBP Yuma, AZ station.

Juan Contreras-Ventura (a material witness) was then interviewed at the Yuma Border Patrol Station. According to Contreras-Ventura, he is a citizen of Mexico and traveled to the United States with his foot guide, later identified as ALMANZA-Guillen aka "Pipilas", to the United States. Specifically, he took a plane from Michoacan to Tijuana, then a bus from Tijuana to San Luis, Mexico with his foot guide in an attempt to make entry into the United States. Contreras-Ventura stated he was charged $9,000 to make entry into the United States. Once Contreras-Ventura arrived in San Luis, Mexico, he stayed at the Hotel California to wait for the rest of the group. The foot guide advised the group they would walk at night for three days to make entry into the United States. The foot guide advised Contreras-Ventura to bring 8-10 liters of water for the trip. On the evening of July 31, 2021, Contreras-Ventura stopped to rest because he was not feeling well. At that time, Onofre-Andres and L.F.R. kept walking. According to Contreras-Ventura, the guide, ALMANZA-Guillen, stopped briefly and then left him. Contreras-Ventura later flagged down Border Patrol Agents and was rescued.

Contreras-Ventura was shown a photo-lineup and positively identified ALMANZA-Guillen as the foot guide.

5

HSI Agents then interviewed material witness, Lucero Onofre-Andres. According to Onofre-Andres, she is also a citizen of Mexico but moved to Mexicali, Mexico recently in an attempt to cross into the United States. According to Onofre-Andres, her aunt made arrangements to bring Onofre-Andres to California and for a fee of approximately $8,500-$9,000. Onofre-Andres stated that she knew her guide as "Pipila." According to Onofre-Andres, the guide, Pipila crossed into the United States with them, Contreras-Ventura and L.F.R., and advised them to bring water and also provided additional water for the group. The guide told the group they would walk for three nights. According to Onofre-Andres, the guide would lecture the group for drinking too much water, but was more rough with the two men in the group. On the evening of July 31, 2021, Onofre-Andres stated Juan (Contreras-Ventura) had to stop walking and the guide stated he would take Contreras-Ventura back to Mexico while advising Onofre-Andres and L.F.R. to continue. According to Onofre-Andres, the guide gave her his cellular telephone so she could navigate. Onofre-Andres stated that Pipila advised her to use Google Maps and follow the map. At that point, she should call Luna Taxi as they would be picking the group up. Onofre-Andres tried to call for help but could not get any signal. At that time, she left L.F.R. in an attempt to find a better cellular signal. She walked until she could not anymore and was able to obtain signal, at which time she called 911 for help stating they were out of food and water. Onofre-Andres stated a Border Patrol Agent eventually found her and

brought her to the USBP Yuma station after unsuccessfully looking for L.F.R.

Onofre-Andres was shown a photo-lineup and positively identified ALMANZA-Guillen aka Pipila as the foot guide.

After Onofre-Andres' interview, ALMANZA-Guillen was presented with the cellular telephone that Onofre-Andres stated was given to her by the foot guide. ALMANZA-Guillen stated it was in fact his and signed a consent to search form for his cellular telephone. In the Google Maps section were several recent locations in Yuma, AZ as well as the Barry M. Goldwater Air Force Range in Yuma, AZ, which is the area in which the group was encountered by USBP Agents. Also, there were several calls to "Luna Taxi" between July 28 and August 1, 2021, consistent with the group's movement though the desert.

ALMANZA-Guillen, Lucero Onofre-Andres, Juan Contreras-Ventura, and L.F.R. are not citizens of the United States and do not have authorization to be in the United States. Further, none of the aforementioned individuals were brought to a designated port of entry or a place other than as designated by the Commissioner. Rather, ALMANZA-Guillen guided three persons through the desert when bringing them into the United States.

For the foregoing reasons, your affiant believes there is probable cause for the offenses as alleged in the attached complaint.

This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer the oath for this purpose.

*Digitally signed by RAYMOND A HAAR III*
*Date: 2021.08.02 16:38:46 -07'00'*

Raymond Haar
Homeland Security Investigations
Special Agent

Telephonically sworn to before me this **3rd** day of August, 2021.

James F. Metcalf
United States Magistrate Judge